IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Oliver, Elmer | Case Number: 07 B 13662 |
|---|---|---|
| | Oliver, Diane | Judge: Goldgar, A. Benjamin |
| | Printed: 11/27/07 | Filed: 7/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,000.00 | 0.00 |
| 2. | Ocwen Mortgage | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 23,635.00 | 0.00 |
| 4. | Cascade Recovery | Secured | 1,200.00 | 0.00 |
| 5. | Ocwen Mortgage | Secured | 57,000.00 | 0.00 |
| 6. | Cascade Recovery | Unsecured | 616.83 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 701.01 | 0.00 |
| 8. | Creditors Collection Bur | Unsecured | 908.46 | 0.00 |
| 9. | Drive Financial Services | Unsecured | 0.46 | 0.00 |
| 10. | Midwest Physician Group | Unsecured | 634.55 | 0.00 |
| 11. | Associated St James Radiologis | Unsecured | 908.46 | 0.00 |
| 12. | Abdul Sutter MD | Unsecured | 73.50 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 520.78 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 1,188.09 | 0.00 |
| 15. | RMI/MCSI | Unsecured | 507.15 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 210.90 | 0.00 |
| 17. | Aspire Visa | Unsecured | 183.59 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 229.45 | 0.00 |
| 19. | Nicor Gas | Unsecured | 709.06 | 0.00 |
| 20. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 21. | AFNI | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Allied Interstate | Unsecured | | No Claim Filed |
| 24. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 25. | American Bonded Attorney Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Oliver, Elmer | | Case Number: 07 B 13662 |
| Oliver, Diane | | Judge: Goldgar, A. Benjamin |
| Printed: 11/27/07 | | Filed: 7/31/07 |

| # | Creditor | Type | | Amount |
|---|---|---|---|---|
| 26. | American Collection Corp | Unsecured | | No Claim Filed |
| 27. | CB Accounts | Unsecured | | No Claim Filed |
| 28. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 29. | Echo | Unsecured | | No Claim Filed |
| 30. | Capital One | Unsecured | | No Claim Filed |
| 31. | Check Into Cash | Unsecured | | No Claim Filed |
| 32. | Check Rite | Unsecured | | No Claim Filed |
| 33. | Collection Company Of America | Unsecured | | No Claim Filed |
| 34. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 35. | Check Rite | Unsecured | | No Claim Filed |
| 36. | Collection Company Of America | Unsecured | | No Claim Filed |
| 37. | Collection Company Of America | Unsecured | | No Claim Filed |
| 38. | Consultants In Pathology | Unsecured | | No Claim Filed |
| 39. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 40. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 41. | Credit Union One | Unsecured | | No Claim Filed |
| 42. | Physician's Portion Of Emergency Dp | Unsecured | | No Claim Filed |
| 43. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 44. | First Attending Urgent Care Ct | Unsecured | | No Claim Filed |
| 45. | Gregory Emergency Physicians | Unsecured | | No Claim Filed |
| 46. | Global Payments | Unsecured | | No Claim Filed |
| 47. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 48. | H & F Law Offices | Unsecured | | No Claim Filed |
| 49. | Global Payments | Unsecured | | No Claim Filed |
| 50. | Heart Care Centers Of Illinois | Unsecured | | No Claim Filed |
| 51. | IC System Inc | Unsecured | | No Claim Filed |
| 52. | IC System Inc | Unsecured | | No Claim Filed |
| 53. | ICS | Unsecured | | No Claim Filed |
| 54. | Memorial Hospital | Unsecured | | No Claim Filed |
| 55. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 56. | Issan Health Care | Unsecured | | No Claim Filed |
| 57. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 58. | St James Hospital And Health Center | Unsecured | | No Claim Filed |
| 59. | Village Of Olympia Fields | Unsecured | | No Claim Filed |
| 60. | St Francis Hospital | Unsecured | | No Claim Filed |
| 61. | Hsbc Nv | Unsecured | | No Claim Filed |
| 62. | Well Group Health Partners | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 91,227.29 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Oliver, Elmer<br>Oliver, Diane<br>Printed: 11/27/07 | Case Number: 07 B 13662<br>Judge: Goldgar, A. Benjamin<br>Filed: 7/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)